IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The Talent Acquisition Group, Inc., <br><br>Plaintiff, <br><br>-against- <br><br>Talent Acquisition Group, L.L.C, <br><br>Defendant. | **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local general Rules 1.9] and to enable District Judges and Magistrates judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No known corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: December 10, 2007

_Dariush Keyhani_
Dariush Keyhani (DK-9673)