IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| The Talent Acquisition Group, Inc., | ) | |
| Plaintiff, | ) | |
| -against- | ) | 07 CV 11137 (K) |
| Talent Acquisition Group, L.L.C, | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)**

  Pursuant to Rule 41(a)(1), Plaintiff hereby serves this Notice of Voluntary Dismissal, with prejudice, of all claims in its Complaint against Talent Acquisition Group, L.L.C. Plaintiff's notice of dismissal is proper under Rule 41(a)(1) as the Plaintiff and Defendant have reached a settlement and Defendant has not yet filed an answer and/or responsive motion in this matter.

DATED: February 13, 2008

                Respectfully submitted,

                /s/Dariush Keyhani
                Dariush Keyhani (DK 9673)
                Jennifer Meredith (JM 4816)
                330 Madison Avenue
                6th Floor
                New York, New York 10017
                Telephone (212) 760-0098
                Direct Dial (646) 536-5692
                Facsimile (212) 202-3819
                dkeyhani@meredithkeyhani.com
                Attorneys for Plaintiff