IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

The Talent Acquisition Group, Inc., )
)
Plaintiff, )
)
-against- )   07 CV 11137 (JGK)
)
Talent Acquisition Group, L.L.C, )
)
Defendant. )
)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(A)(1)

Pursuant to Rule 41(a)(1), Plaintiff hereby serves this Notice of Voluntary Dismissal, with prejudice, of all claims in its Complaint against Talent Acquisition Group, L.L.C. Plaintiff's notice of dismissal is proper under Rule 41(a)(1) as the Plaintiff and Defendant have reached a settlement and Defendant has not yet filed an answer and/or responsive motion in this matter.

DATED: February 15, 2008

Respectfully submitted,

*Dariush Keyhani*
Dariush Keyhani (DK 9675)
Jennifer Meredith (JM 4816)
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Direct Dial (646) 536-5692
Facsimile (212) 202-3819
dkeyhani@meredithkeyhani.com
*Attorneys for Plaintiff*

So Ordered.
/s/ JGK
U.S.D.J.
2/15/08